**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Robert Earl Wade Jr. v. Carolyn Louise Wade

Appellate case number:    01-13-00912-CV

Trial court case number:  11-02-01608 CV

Trial court:              359th District Court of Montgomery County

On March 13, 2014, appellant Robert Earl Wade filed Appellant's Motion for Leave to File Out-of-time Accompanying Initial Brief.   The motion is **GRANTED**.  Appellant's brief is considered timely filed as of March 13, 2014.

It is so ORDERED.

Judge's signature: /s/ Justice Harvey Brown
                   X Acting individually      ☐ Acting for the Court

Date:  March 20, 2014